**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Rey GARCIA, Defendant—Appellant.**

No. 02–50066.
D.C. No. CR–97–02972–IEG.

United States Court of Appeals,
Ninth Circuit.

---

Submitted Sept. 9, 2002.*

Decided Sept. 20, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

MEMORANDUM **

Rey Garcia appeals the sentence imposed upon revocation of his term of supervised release. He contends that 18 U.S.C. § 3583, which authorizes the imposition of a term of supervised release, is unconstitutional facially and as applied under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This contention is foreclosed by *United States v. Liero,* 298 F.3d 1175 (9th Cir. 2002).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

